IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| SABRINA DURAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 6:20-cv-03315-MDH |
| GOLD MOUNTAIN COMMUNICATIONS, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 20). The parties stipulate that the matter should be dismissed with prejudice, each party to pay its own attorneys' fees, costs and any other fees.

WHEREFORE, the Court **GRANTS** the parties' Stipulation of Dismissal With Prejudice and hereby dismisses this case in its entirety with prejudice and with each party to pay its own attorneys' fees, costs and any other fees.

**IT IS SO ORDERED.**

DATED: May 27, 2021

                                                                                           */s/ Douglas Harpool*
                                                                                           **DOUGLAS HARPOOL**
                                                                                           **UNITED STATES DISTRICT JUDGE**